MAYFAIR FARMS HOLDING CORPORATION, PLAINTIFF-PETITIONER, v. KRUVANT ENTERPRISES CO., DEFENDANT-RESPONDENT.

*Messrs. Van Riper & Belmont* and *Mr. William A. Wachenfeld* for the petitioner.

*Messrs. Clapp & Eisenberg* for the respondent.

February 27, 1961.   Granted.

RUTH WILLIAMS, PETITIONER-RESPONDENT, v. CORBY'S ENTERPRISE LAUNDRY, RESPONDENT-PETITIONER.

*Mr. Isidor Kalisch* for the petitioner.

*Mr. Herman M. Wilson* for the respondent.

February 27, 1961.   Denied.